# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 6:23-CV-01653-CEM-LHP

Plaintiff: **PEDRO CHIMARAS, individually and on behalf of all others similarly situated**

vs.

Defendant: **PURPOSE FINANCIAL, INC. f/k/a ADVANCE AMERICA, CASH ADVANCE CENTERS, INC**

For:
Manuel Hiraldo
Hiraldo P.A.
401 E. Las Olas Blvd.
Ste 1400
Fort Lauderdale, FL 33301

Received by L & L Process, LLC. on the 29th day of August, 2023 at 3:25 pm to be served on **PURPOSE FINANCIAL, INC F/K/A ADVANCE AMERICA, CASH ADVANCE CENTERS, INC. REGISTERED AGENT: CORPORATION SERVICE COMPANY, 508 MEETING ST, WEST COLUMBIA, SC 29169**.

I, Lester L. Franzen, do hereby affirm that on the **30th day of August, 2023** at **1:30 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **BETH RAMSEY** as **AUTHORIZED REPRESENTATIVE** for **PURPOSE FINANCIAL, INC F/K/A ADVANCE AMERICA, CASH ADVANCE CENTERS, INC.**, at the address of: **508 MEETING ST, WEST COLUMBIA, SC 29169**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 37, Sex: F, Race/Skin Color: WHITE, Height: 5'7", Weight: 145, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

Lester L. Franzen
Process Server

L & L Process, LLC.
13876 SW 56 Street
Suite 200
Miami, FL 33175
(305) 772-8804

Our Job Serial Number: LLP-2023003603