## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

## CASE NUMBER: 6:23-CV-01653

PEDRO CHIMARAS, individually and
on behalf of all others similarly situated

     Plaintiff

     vs.

PURPOSE FINANCIAL, INC. f/k/a
ADVANCE AMERICA,
CASH ADVANCE CENTERS, INC.

     Defendant

_____

### DEFENDANT PURPOSE FINANCIAL, INC. f/k/a ADVANCE AMERICA, CASH ADVANCE CENTERS, INC.'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Purpose Financial, Inc. f/k/a Advance America, Cash Advance Centers, Inc. ("Defendant"), through its attorneys, and by agreement of counsel for Plaintiff Pedro Chimaras ("Plaintiff"), respectfully requests a thirty (30) day extension of time, up to and including October 20, 2023, for Defendant to answer or otherwise plead to Plaintiff's Complaint. In support of its Motion, Defendant states as follows:

1.     Plaintiff's Complaint was filed on August 29, 2023. *See* ECF No. 1.

2.     Defendant was served with Plaintiff's Complaint on August 30, 2023. Thus, Defendant's current deadline to answer or otherwise respond to Plaintiffs' Complaint is September 20, 2023.

3.      Defendant respectfully requests a thirty (30) day extension of time to respond to the Complaint, up to and including October 20, 2023.

4.      An extension is necessary for Defendant to obtain information regarding Plaintiff's claims, analyzing Plaintiff's allegations, and assess potential defenses, and Defendant requires additional time to do so in a complete and appropriate manner.

5.      Plaintiff has ***no objection*** to the requested extension.

6.      This is Defendant's first request for an extension; this request is brought in good faith and not made to unnecessarily delay discovery or the proceedings in this matter.

7.      No party will be prejudiced by the requested extension nor, respectfully, will the extension unduly burden the Court.

WHEREFORE Defendant respectfully requests that the Court grant its First Unopposed Motion for Extension of Time to File a Responsive Pleading, extending its deadline to answer or otherwise plead to Plaintiffs' Complaint, up to and including October 20, 2023, and award such other relief the Court deems just and proper

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1 (A)(3), undersigned counsel for Defendant contacted Plaintiff's counsel and Plaintiff's counsel has confirmed that Plaintiff ***does not oppose*** the requested extension.

Dated: September 19, 2023             HOLLAND & KNIGHT LLP
                                      ***Attorneys for Purpose Financial, Inc. f/k/a***
                                      ***Advance America, Cash Advance Centers,***
                                      ***Inc.***
                                      701 Brickell Avenue, Suite 3300
                                      Miami, FL 33131
                                      Tel: (305) 374-8500

2

Fax: (305) 789-7799

By:    *s/ Brandon T. White*
      Brandon T. White, Esq.
      Florida Bar No. 106792
      brandon.white@hklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of September, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notice of electronic filing to all counsel of record.  I also certify that the foregoing document is being served this day on counsel on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

      *s/ Brandon T. White*
      Brandon T. White

## CERTIFICATE OF SERVICE

Manuel S. Hiraldo, Esq.
**HIRALDO P.A.**
401 E. Las Olas Blvd. Suite 1400
Ft. Lauderdale, Fla 33301
Tel: 954.400.4713
Email: mhiraldo@hiraldolaw.com

*Lead Counsel for Plaintiff*

Jibrael S. Hindi, Esq.
**THE LAW OFFICES OF JIBRAEL S. HINDI**
110 SE 6th Street, Suite 1744
Ft. Lauderdale, FL 33301

3