# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CASE NUMBER: 6:23-CV-01653

PEDRO CHIMARAS, individually and
on behalf of all others similarly situated

    Plaintiff

    vs.

PURPOSE FINANCIAL, INC. f/k/a
ADVANCE AMERICA,
CASH ADVANCE CENTERS, INC.

    Defendant

_____

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Defendant, Purpose Financial, Inc., formerly known as, and erroneously sued as, Advance America, Cash Advance Centers, Inc. ("Defendant" or "Purpose Financial"), hereby makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

**1)** **The name of each person, attorney, association of persons, firm, law firm, partnership corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:**

    a.    Pedro Chimaras, Plaintiff.

b.      Manuel S. Hiraldo, Esq., Counsel for Plaintiff

c.      Hiraldo P.A.

d.      Jibrael S. Hindi, Esq.

e.      The Law Offices Of Jibrael S. Hindi

f.      Purpose Financial, Inc.

g.      Brandon T. White, Esq., Counsel for Defendant, Purpose Financial, Inc.

h.      Holland & Knight LLP, Counsel for Defendant Purpose Financial, Inc.

Defendant Purpose Financial, Inc. is a Delaware corporation with a principal place of business in Spartanburg, South Carolina. Purpose Financial is a subsidiary of Eagle U.S. Sub, Inc. Eagle U.S. Sub, Inc. is a subsidiary of Grupo Elektra, S.A.B. de C.V. Grupo Elektra, S.A.B. de C.V. is publicly traded on the Bolsa Mexicana de Valores (the Mexican Stock Exchange).

**B.      The name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:**

None known at this time.

**C.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None known at this time.

**D.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:**

Defendant denies any liability in this matter.  Other than the parties in this matter, Defendant is unaware of any alleged victims.

I hereby certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Dated: September 19, 2023

HOLLAND & KNIGHT LLP
**Attorneys for Purpose Financial, Inc. f/k/a Advance America, Cash Advance Centers, Inc.**
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Tel: (305) 374-8500
Fax: (305) 789-7799

By:   *s/ Brandon T. White*
      Brandon T. White, Esq.
      Florida Bar No. 106792
      brandon.white@hklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of September, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notice of electronic filing to all counsel of record.  I also certify that the foregoing document is being served this day on counsel on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

*s/ Brandon T. White*
Brandon T. White

## CERTIFICATE OF SERVICE

Manuel S. Hiraldo, Esq.
**HIRALDO P.A.**
401 E. Las Olas Blvd. Suite 1400
Ft. Lauderdale, Fla 33301
Tel: 954.400.4713
Email: mhiraldo@hiraldolaw.com

*\*Lead Counsel for Plaintiff*

Jibrael S. Hindi, Esq.
**THE LAW OFFICES OF JIBRAEL S. HINDI**
110 SE 6th Street, Suite 1744
Ft. Lauderdale, FL 33301

#229464313_v1