**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PEDRO CHIMARAS,

       Plaintiff,

v.                                         Case No:   6:23-cv-1653-CEM-LHP

PURPOSE FINANCIAL, INC.,

       Defendant

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANT PURPOSE FINANCIAL, INC. f/k/a ADVANCE AMERICA, CASH ADVANCE CENTERS, INC.'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING (Doc. No. 10)
>
> **FILED:** September 19, 2023
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.[1]

---

[1] The Court notes that the motion fails to comply with Local Rule 3.01(a).  In addition, there is no "Local Rule 7.1(A)(3)."  Going forward, future filings that fail to comply with all Federal Rules of Civil Procedure, Local Rules, and Court Orders may be

- 2 -

The deadline for Defendant to respond to the complaint is extended up to and including **October 20, 2023**.

**DONE** and **ORDERED** in Orlando, Florida on September 20, 2023.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

stricken or summarily denied without further notice.  *See also* Doc. No. 6.