# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

### CASE NO. 6:23-cv-01653-CEM-LHP

| | |
|---|---|
| PEDRO CHIMARAS, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| PURPOSE FINANCIAL, INC. f/k/a ADVANCE AMERICA, CASH ADVANCE CENTERS, INC., | |
| Defendant. _____/ | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Pedro Chimaras, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff Pedro Chimaras, individually, are hereby dismissed <u>without</u> prejudice. All claims of the putative class members are hereby dismissed <u>without</u> prejudice.

Dated: October 19, 2023

Respectfully submitted,

*/s/ Manuel S. Hiraldo*
Manuel S Hiraldo
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, FL 33301
954-400-4713
Email: mhiraldo@hiraldolaw.com